**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROCCO EDWARD ELLIS,

    Plaintiff,

v.                                            Case No.  3:17-cv-658-LC/MJF

OKALOOSA COUNTY JAIL, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 25, 2019 (ECF No. 67).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Motion to Dismiss of GLOBAL PRISONERS SERVICES d/b/a TEXAS PRISONER TRANSPORT, ECF No. 39, and the Motion to Dismiss of OKALOOSA COUNTY JAIL and STEFAN W

VAUGHN, ECF No. 40, are DENIED without prejudice to Defendants later moving to dismiss an Amended Complaint.

3. The Clerk is directed to send Plaintiff a blank civil rights complaint form;

4. In order to proceed with this case, Plaintiff must file an amended complaint within 21 days of this order adopting the Report and Recommendation;

5. The amended complaint must set out factual allegations showing that there is a basis for the exercise of federal subject matter jurisdiction over Plaintiff's claims and which remedy the pleading deficiencies described above; and

6. Failure to comply with this order may result in this case being dismissed.

**DONE AND ORDERED** this 25th day of February, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**