# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROCCO EDWARD ELLIS,

    Plaintiff,

v.                                        Case No. 3:17-cv-658-LC/MJF

OKALOOSA COUNTY JAIL, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 9, 2019 (ECF No. 88). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for failure to comply with three court orders and failure to prosecute.

3. The clerk of court is directed to close the case file.

**DONE AND ORDERED** this 6th day of August, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**